1 | Stan S. Mallison (SBN 184191)
Hector R. Martinez (SBN 206336)
2 | Marco A. Palau (SBN 242340)
Joseph D. Sutton (SBN 269951)
3 | MALLISON & MARTINEZ
1939 Harrison Street, Suite 730
4 | Oakland, California 94549
Telephone:     510.832.9999
5 | Facsimile:     510.832.1101
stanm@themmlawfirm.com
6 | hectorm@themmlawfirm.com
mpalau@themmlawfirm.com
7 | jsutton@themmlawfirm.com

8 | Attorneys for PLAINTIFFS

9 | Attorneys for Plaintiff
MARLENE S. MURACO, Bar No. 154240
10 | mmuraco@littler.com
GINA M. CHANG, Bar No. 260747
11 | gchang@littler.com
LITTLER MENDELSON, P.C.
12 | 50 W. San Fernando, 15th Floor
San Jose, California  95113.2303
13 | Telephone:    408.998.4150
Facsimile:     408.288.5686
14 | Attorneys for Defendants,
JOHN EARL REDFERN, J. REDFERN, INC.,
15 | dba GOLDEN STATE LANDSCAPING; JLS
PARTNERS, INC., dba GSL CONSTRUCTION,
16 | EMPIRE LANDSCAPE CONSTRUCTION

17 | UNITED STATES DISTRICT COURT

18 | NORTHERN DISTRICT OF CALIFORNIA

19 | SAN FRANCISCO DIVISION

20 |

21 | MARCOS VARGAS, ROMUALDO
ALTAMIRANO, PEDRO  RAMOS,
BULMARO BAZAN, MARCOS
22 | MANDUJANO, JOSE: SOLIS, LUIS
PENA, BENITO CHAIREZ, FIGUEROA,
23 | FREDY  ROCHA, SALVADOR FLORES,
ISMAEL CORONA, EPIGMENIO
24 | LOPEZ, JUAN CORONA, ENRIQUE
TAMAYO, FRANCISCO SALGADO,
25 | SILVERIO TORRES, MARTIN RAMOS
RAMIREZ, ANGEL SANCHEZ, ERON
26 | LOPEZ, EDUARDO  VARGAS, JORGE
SOTO, RIGOBERTO SANCHEZ:, JULIO
27 | LOPEZ, JOSE J. GARCIA,  PEDRO
SIERRA, DAMACIO SANCHEZ, JUAN
28 | GUERRA, JAIME MARTINEZ JR.,

Case No.  C-12-04052-CRB

**JOINT STIPULATION AND [~~PROPOSED~~]
ORDER REGARDING RESPONSIVE
PLEADING TO THE COMPLAINT
PURSUANT TO LOCAL RULE 6-1 AND
TO CONTINUE CASE MANAGEMENT
CONFERENCE PURSUANT TO LOCAL
RULE 6-2**

JOINT  STIP.  AND  [PROPOSED]  ORDER
REGARDING  RESPONSE  TO  COMPLAINT
AND TO CONTINUE CMC

1  ROBERT MONTOYA, MATEO
   GUZMAN, LAZARO MAYA, JOSE
2  ESTRADA, ANICETO ALMANZA
   SANCHEZ, EMILIO  VARGAS, JOSE
3  ANTONIO ALVAREZ, ANTONIO
   RODRIGUEZ, JOSEPH RENEE
4  RODRIGUEZ, MAURICIO SANCHEZ,
   MAURICIO SANCHEZ ARZATE,
5  MANUEL  RENTERIA, MIGUEL
   SUCHIL MENDOZA, and  VICENTE
6  MARTINEZ, individually and on behalf of
   all others similarly situated,
7
                    Plaintiffs,
8
        v.
9
   JOHN EARL REDFERN, an individual;
10 J. REDFERN, INC., (dba "GOLDEN
   STATE LANDSCAPING"), a California
11 Corporation; JLS PARTNERS, INC.,
   (dba "GSL CONSTRUCTION"), a
12 California Corporation; and EMPIRE
   LANDSCAPE CONSTRUCTION, a
13 California Corporation,
14                  Defendants.

15

16         Plaintiffs Marcos Vargas, Romualdo Altamirano, Pedro  Ramos, Bulmaro Bazan, Marcos

17 Mandujano, Jose Solis, Luis Pena, Benito Chairez, Figueroa, Fredy  Rocha, Salvador Flores, Ismael

18 Corona, Epigmenio Lopez, Juan Corona, Enrique Tamayo, Francisco Salgado, Silverio Torres,

19 Martin Ramos Ramirez, Angel Sanchez, Eron Lopez, Eduardo Vargas, Jorge Soto, Rigoberto

20 Sanchez, Julio  Lopez, Jose J. Garcia, Pedro Sierra, Damacio Sanchez, Juan Guerra, Jaime Martinez

21 Jr., Robert Montoya, Mateo Guzman, Lazaro Maya, Jose Estrada, Aniceto Almanza Sanchez, Emilio

22 Vargas, Jose Antonio Alvarez, Antonio Rodriguez, Joseph Renee Rodriguez, Mauricio Sanchez,

23 Mauricio Sanchez Arzate, Manuel  Renteria, Miguel  Suchil Mendoza, and  Vicente Martinez,

24 (collectively "Plaintiffs") and Defendants John Earl Redfern, J. Redfern, Inc. (dba Golden State

25 Landscaping), JLS Partners, Inc. (dba GSL Construction), and Empire Landscape Construction

26 (collectively "Defendants") agree and stipulate, through their respective counsel, to the following

27 extension and continuance:

28

LITTLER MENDELSON, P.C.
0 W. San Fernando, 15th Floor
San Jose, CA  95113.2303
408.998.4150

JOINT  STIP.  AND  [PROPOSED]  ORDER
REGARDING  RESPONSE  TO  COMPLAINT          2.
AND TO CONTINUE CMC

1.      The parties are currently discussing settlement, and thus, they would like to direct their resources and time to such negotiations.

2.      The parties have agreed that Defendants' responsive pleading to Plaintiffs' complaint will be filed on or before January 11, 2013;

3.      The parties request a continuance of the Case Management Conference, which is currently set for December 13, 2012, by approximately 60 days or to a later date and time that is convenient for the Court.

THEREFORE, the parties hereby stipulate and request that this Court order the following:

1.      The deadline for Defendants to file their responsive pleading to Plaintiffs' complaint is set for January 11, 2013.

2.      The Case Management Conference current schedule for December 13, 2012, be continued to February **15** 2013, or to a date that is convenient for the Court.

LITTLER MENDELSON, P.C.
0 W. San Fernando, 15th Floor
San Jose, CA  95113.2303
408.998.4150

JOINT STIP. AND [PROPOSED] ORDER
REGARDING RESPONSE TO COMPLAINT          3.
AND TO CONTINUE CMC

1    Dated:  November 13, 2012

2
                                                    /s/ Marco A. Palau
3                                                   MARCO A. PALAU
                                                    LAW OFFICES OF MALLISON &
4                                                   MARTINEZ
                                                    Attorneys for Plaintiffs
5                                                   MARCOS VARGAS, ROMUALDO
                                                    ALTAMIRANO, PEDRO  RAMOS,
6                                                   BULMARO BAZAN, MARCOS
                                                    MANDUJANO, JOSE: SOLIS, LUIS PENA,
7                                                   BENITO CHAIREZ, FIGUEROA, FREDY
                                                    ROCHA, SALVADOR FLORES, ISMAEL
8                                                   CORONA, EPIGMENIO LOPEZ, JUAN
                                                    CORONA, ENRIQUE TAMAYO,
9                                                   FRANCISCO SALGADO, SILVERIO
                                                    TORRES, MARTIN RAMOS RAMIREZ,
10                                                  ANGEL SANCHEZ, ERON LOPEZ,
                                                    EDUARDO  VARGAS, JORGE SOTO,
11                                                  RIGOBERTO SANCHEZ:, JULIO  LOPEZ,
                                                    JOSE J. GARCIA,  PEDRO SIERRA,
12                                                  DAMACIO SANCHEZ, JUAN GUERRA,
                                                    JAIME MARTINEZ JR., ROBERT
13                                                  MONTOYA, MATEO GUZMAN, LAZARO
                                                    MAYA, JOSE ESTRADA, ANICETO
14                                                  ALMANZA SANCHEZ, EMILIO  VARGAS,
                                                    JOSE ANTONIO ALVAREZ, ANTONIO
15                                                  RODRIGUEZ, JOSEPH RENEE
                                                    RODRIGUEZ, MAURICIO SANCHEZ,
16                                                  MAURICIO SANCHEZ ARZATE, MANUEL
                                                    RENTERIA, MIGUEL  SUCHIL MENDOZA,
17                                                  and  VICENTE MARTINEZ

18   Dated:  November 13, 2012

19

20

21                                                  /s/ Gina M. Chang
                                                    GINA M. CHANG
22                                                  LITTLER MENDELSON
                                                    A Professional Corporation
23                                                  Attorneys for Defendants
                                                    JOHN EARL REDFERN, J. REDFERN, INC.,
24                                                  dba GOLDEN STATE LANDSCAPING; JLS
                                                    PARTNERS, INC., dba GSL
25                                                  CONSTRUCTION, EMPIRE LANDSCAPE
                                                    CONSTRUCTION

26

27

28

LITTLER MENDELSON, P.C.
0 W. San Fernando, 15th Floor
San Jose, CA  95113.2303
408.998.4150

JOINT  STIP.  AND  [PROPOSED]  ORDER
REGARDING  RESPONSE  TO  COMPLAINT          4.
AND TO CONTINUE CMC

1   IT IS SO ORDERED:

2

3

4   Dated:   November 15, 2012

5   Hon.

6   United States District Judge

7   Firmwide:116060832.1 059436.1001

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IT IS SO ORDERED

Judge Charles R. Breyer

LITTLER MENDELSON, P.C.
0 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150

JOINT STIP. AND [PROPOSED] ORDER
REGARDING RESPONSE TO COMPLAINT          5.
AND TO CONTINUE CMC