1 | Stan S. Mallison (SBN 184191)
Hector R. Martinez (SBN 206336)
2 | Marco A. Palau (SBN 242340)
Joseph D. Sutton (SBN 269951)
3 | MALLISON & MARTINEZ
1939 Harrison Street, Suite 730
4 | Oakland, California 94549
Telephone:    510.832.9999
5 | Facsimile:    510.832.1101
stanm@themmlawfirm.com
6 | hectorm@themmlawfirm.com
mpalau@themmlawfirm.com
7 | jsutton@themmlawfirm.com

8 | Attorneys for PLAINTIFFS

9 | Attorneys for Plaintiff
MARLENE S. MURACO, Bar No. 154240
10 | mmuraco@littler.com
GINA M. CHANG, Bar No. 260747
11 | gchang@littler.com
LITTLER MENDELSON, P.C.
12 | 50 W. San Fernando, 15th Floor
San Jose, California  95113.2303
13 | Telephone:    408.998.4150
Facsimile:    408.288.5686
14 | Attorneys for Defendants,
JOHN EARL REDFERN, J. REDFERN, INC.,
15 | dba GOLDEN STATE LANDSCAPING; JLS
PARTNERS, INC., dba GSL CONSTRUCTION,
16 | EMPIRE LANDSCAPE CONSTRUCTION

17 | UNITED STATES DISTRICT COURT

18 | NORTHERN DISTRICT OF CALIFORNIA

19 | SAN FRANCISCO DIVISION

20

21 | MARCOS VARGAS, ROMUALDO ALTAMIRANO, PEDRO  RAMOS, BULMARO BAZAN, MARCOS | Case No.  C-12-04052-CRB

22 | MANDUJANO, JOSE: SOLIS, LUIS PENA, BENITO CHAIREZ, FIGUEROA, | **JOINT STIPULATION AND [PROPOSED] ORDER REGARDING RESPONSIVE PLEADING TO THE COMPLAINT**

23 | FREDY ROCHA, SALVADOR FLORES, ISMAEL CORONA, EPIGMENIO | **PURSUANT TO LOCAL RULE 6-1 AND TO CONTINUE CASE MANAGEMENT**

24 | LOPEZ, JUAN CORONA, ENRIQUE TAMAYO, FRANCISCO SALGADO, | **CONFERENCE PURSUANT TO LOCAL RULE 6-2**

25 | SILVERIO TORRES, MARTIN RAMOS RAMIREZ, ANGEL SANCHEZ, ERON

26 | LOPEZ, EDUARDO  VARGAS, JORGE SOTO, RIGOBERTO SANCHEZ:, JULIO

27 | LOPEZ, JOSE J. GARCIA,  PEDRO SIERRA, DAMACIO SANCHEZ, JUAN

28 | GUERRA, JAIME MARTINEZ JR.,

JOINT STIP. AND [PROPOSED]  ORDER
REGARDING RESPONSE  TO COMPLAINT
AND TO CONTINUE CMC

| | |
|---|---|
| 1 | ROBERT MONTOYA, MATEO |
| 2 | GUZMAN, LAZARO MAYA, JOSE ESTRADA, ANICETO ALMANZA |
| 3 | SANCHEZ, EMILIO VARGAS, JOSE ANTONIO ALVAREZ, ANTONIO |
| 4 | RODRIGUEZ, JOSEPH RENEE RODRIGUEZ, MAURICIO SANCHEZ, |
| 5 | MAURICIO SANCHEZ ARZATE, MANUEL RENTERIA, MIGUEL |
| 6 | SUCHIL MENDOZA, and VICENTE MARTINEZ, individually and on behalf of all others similarly situated, |
| 7 | Plaintiffs, |
| 8 | v. |
| 9 | JOHN EARL REDFERN, an individual; |
| 10 | J. REDFERN, INC., (dba "GOLDEN STATE LANDSCAPING"), a California |
| 11 | Corporation; JLS PARTNERS, INC., (dba "GSL CONSTRUCTION"), a |
| 12 | California Corporation; and EMPIRE LANDSCAPE CONSTRUCTION, a |
| 13 | California Corporation, |
| 14 | Defendants. |

Plaintiffs Marcos Vargas, Romualdo Altamirano, Pedro Ramos, Bulmaro Bazan, Marcos Mandujano, Jose Solis, Luis Pena, Benito Chairez, Figueroa, Fredy Rocha, Salvador Flores, Ismael Corona, Epigmenio Lopez, Juan Corona, Enrique Tamayo, Francisco Salgado, Silverio Torres, Martin Ramos Ramirez, Angel Sanchez, Eron Lopez, Eduardo Vargas, Jorge Soto, Rigoberto Sanchez, Julio Lopez, Jose J. Garcia, Pedro Sierra, Damacio Sanchez, Juan Guerra, Jaime Martinez Jr., Robert Montoya, Mateo Guzman, Lazaro Maya, Jose Estrada, Aniceto Almanza Sanchez, Emilio Vargas, Jose Antonio Alvarez, Antonio Rodriguez, Joseph Renee Rodriguez, Mauricio Sanchez, Mauricio Sanchez Arzate, Manuel Renteria, Miguel Suchil Mendoza, and Vicente Martinez, (collectively "Plaintiffs") and Defendants John Earl Redfern, J. Redfern, Inc. (dba Golden State Landscaping), JLS Partners, Inc. (dba GSL Construction), and Empire Landscape Construction (collectively "Defendants") agree and stipulate, through their respective counsel, to the following extension and continuance:

JOINT STIP. AND [PROPOSED] ORDER REGARDING RESPONSE TO COMPLAINT AND TO CONTINUE CMC 2.

1.     The parties are currently discussing settlement, and thus, they would like to direct their resources and time to such negotiations.

2.     The parties have agreed that Defendants' responsive pleading to Plaintiffs' complaint will be filed on or before January 11, 2013;

3.     The parties request a continuance of the Case Management Conference, which is currently set for December 13, 2012, by approximately 60 days or to a later date and time that is convenient for the Court.

THEREFORE, the parties hereby stipulate and request that this Court order the following:

1.     The deadline for Defendants to file their responsive pleading to Plaintiffs' complaint is set for January 11, 2013.

2.     The Case Management Conference current schedule for December 13, 2012, be continued to February **15** 2013, or to a date that is convenient for the Court.

JOINT STIP. AND [PROPOSED] ORDER
REGARDING RESPONSE TO COMPLAINT          3.
AND TO CONTINUE CMC

1  Dated:  November 13, 2012

2
                                        /s/ Marco A. Palau
3                                       MARCO A. PALAU
                                        LAW OFFICES OF MALLISON &
4                                       MARTINEZ
                                        Attorneys for Plaintiffs
5                                       MARCOS VARGAS, ROMUALDO
                                        ALTAMIRANO, PEDRO  RAMOS,
6                                       BULMARO BAZAN, MARCOS
                                        MANDUJANO, JOSE: SOLIS, LUIS PENA,
7                                       BENITO CHAIREZ, FIGUEROA, FREDY
                                        ROCHA, SALVADOR FLORES, ISMAEL
8                                       CORONA, EPIGMENIO LOPEZ, JUAN
                                        CORONA, ENRIQUE TAMAYO,
9                                       FRANCISCO SALGADO, SILVERIO
                                        TORRES, MARTIN RAMOS RAMIREZ,
10                                      ANGEL SANCHEZ, ERON LOPEZ,
                                        EDUARDO  VARGAS, JORGE SOTO,
11                                      RIGOBERTO SANCHEZ:, JULIO  LOPEZ,
                                        JOSE J. GARCIA,  PEDRO SIERRA,
12                                      DAMACIO SANCHEZ, JUAN GUERRA,
                                        JAIME MARTINEZ JR., ROBERT
13                                      MONTOYA, MATEO GUZMAN, LAZARO
                                        MAYA, JOSE ESTRADA, ANICETO
14                                      ALMANZA SANCHEZ, EMILIO  VARGAS,
                                        JOSE ANTONIO ALVAREZ, ANTONIO
15                                      RODRIGUEZ, JOSEPH RENEE
                                        RODRIGUEZ, MAURICIO SANCHEZ,
16                                      MAURICIO SANCHEZ ARZATE, MANUEL
                                        RENTERIA, MIGUEL  SUCHIL MENDOZA,
17                                      and  VICENTE MARTINEZ

18

19  Dated:  November 13, 2012

20
                                        /s/ Gina M. Chang
21                                      GINA M. CHANG
                                        LITTLER MENDELSON
22                                      A Professional Corporation
                                        Attorneys for Defendants
23                                      JOHN EARL REDFERN, J. REDFERN, INC.,
                                        dba GOLDEN STATE LANDSCAPING; JLS
24                                      PARTNERS, INC., dba GSL
                                        CONSTRUCTION, EMPIRE LANDSCAPE
25                                      CONSTRUCTION

26

27

28

JOINT  STIP.  AND  [PROPOSED]  ORDER
REGARDING  RESPONSE  TO COMPLAINT          4.
AND TO CONTINUE CMC

1    IT IS SO ORDERED:

2

3

4    Dated:  November 15, 2012

5                                                          Hon.
                                                           United                              ge

6

7    Firmwide:116060832.1 059436.1001

Judge Charles R. Breyer

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON, P.C.
0 W. San Fernando, 15th Floor
San Jose, CA  95113.2303
408.998.4150

JOINT STIP. AND [PROPOSED] ORDER
REGARDING RESPONSE TO COMPLAINT        5.
AND TO CONTINUE CMC