| | |
|---|---|
| 1 | Stan S. Mallison (SBN 184191) |
|   | Hector R. Martinez (SBN 206336) |
| 2 | Marco A. Palau (SBN 242340) |
|   | Joseph D. Sutton (SBN 269951) |
| 3 | MALLISON & MARTINEZ |
|   | 1939 Harrison Street, Suite 730 |
| 4 | Oakland, California 94549 |
|   | Telephone:    510.832.9999 |
| 5 | Facsimile:    510.832.1101 |
|   | stanm@themmlawfirm.com |
| 6 | hectorm@themmlawfirm.com |
|   | mpalau@themmlawfirm.com |
| 7 | jsutton@themmlawfirm.com |
|   | Attorneys for PLAINTIFFS |
| 8 | |
| 9 | MARLENE S. MURACO, Bar No. 154240 |
|   | mmuraco@littler.com |
| 10 | GINA M. CHANG, Bar No. 260747 |
|    | gchang@littler.com |
| 11 | LITTLER MENDELSON, P.C. |
|    | 50 W. San Fernando, 15th Floor |
| 12 | San Jose, California  95113.2303 |
|    | Telephone:    408.998.4150 |
| 13 | Facsimile:    408.288.5686 |
|    | Attorneys for Defendants, |
| 14 | JOHN EARL REDFERN, J. REDFERN, INC., |
|    | dba GOLDEN STATE LANDSCAPING; JLS |
| 15 | PARTNERS, INC., dba GSL CONSTRUCTION, |
|    | EMPIRE LANDSCAPE CONSTRUCTION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 20 | MARCOS VARGAS, ROMUALDO ALTAMIRANO, PEDRO RAMOS, BULMARO BAZAN, MARCOS MANDUJANO, JOSE: SOLIS, LUIS PENA, BENITO CHAIREZ, FIGUEROA, FREDY ROCHA, SALVADOR FLORES, ISMAEL CORONA, EPIGMENIO LOPEZ, JUAN CORONA, ENRIQUE TAMAYO, FRANCISCO SALGADO, SILVERIO TORRES, MARTIN RAMOS RAMIREZ, ANGEL SANCHEZ, ERON LOPEZ, EDUARDO VARGAS, JORGE SOTO, RIGOBERTO SANCHEZ:, JULIO LOPEZ, JOSE J. GARCIA, PEDRO SIERRA, DAMACIO SANCHEZ, JUAN GUERRA, JAIME MARTINEZ JR., ROBERT MONTOYA, MATEO | Case No. C-12-04052-CRB<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING RESPONSIVE PLEADING TO THE COMPLAINT PURSUANT TO LOCAL RULE 6-1** |

LITTLER MENDELSON, P.C.
50 W. San Fernando, 15th Floor
San Jose, CA  95113.2303
408.998.4150

JOINT STIP. AND [PROPOSED] ORDER REGARDING RESPONSE TO COMPLAINT
FIRMWIDE:117416104.1 059436.1001

| | |
|---|---|
| 1 | GUZMAN, LAZARO MAYA, JOSE ESTRADA, ANICETO ALMANZA SANCHEZ, EMILIO VARGAS, JOSE ANTONIO ALVAREZ, ANTONIO RODRIGUEZ, JOSEPH RENEE RODRIGUEZ, MAURICIO SANCHEZ, MAURICIO SANCHEZ ARZATE, MANUEL RENTERIA, MIGUEL SUCHIL MENDOZA, and VICENTE MARTINEZ, individually and on behalf of all others similarly situated, |
| 7 | Plaintiffs, |
| 8 | v. |
| 9–13 | JOHN EARL REDFERN, an individual; J. REDFERN, INC., (dba "GOLDEN STATE LANDSCAPING"), a California Corporation; JLS PARTNERS, INC., (dba "GSL CONSTRUCTION"), a California Corporation; and EMPIRE LANDSCAPE CONSTRUCTION, a California Corporation, |
| | Defendants. |

Plaintiffs Marcos Vargas, Romualdo Altamirano, Pedro Ramos, Bulmaro Bazan, Marcos Mandujano, Jose Solis, Luis Pena, Benito Chairez, Figueroa, Fredy Rocha, Salvador Flores, Ismael Corona, Epigmenio Lopez, Juan Corona, Enrique Tamayo, Francisco Salgado, Silverio Torres, Martin Ramos Ramirez, Angel Sanchez, Eron Lopez, Eduardo Vargas, Jorge Soto, Rigoberto Sanchez, Julio Lopez, Jose J. Garcia, Pedro Sierra, Damacio Sanchez, Juan Guerra, Jaime Martinez Jr., Robert Montoya, Mateo Guzman, Lazaro Maya, Jose Estrada, Aniceto Almanza Sanchez, Emilio Vargas, Jose Antonio Alvarez, Antonio Rodriguez, Joseph Renee Rodriguez, Mauricio Sanchez, Mauricio Sanchez Arzate, Manuel Renteria, Miguel Suchil Mendoza, and Vicente Martinez, (collectively "Plaintiffs") and Defendants John Earl Redfern, J. Redfern, Inc. (dba Golden State Landscaping), JLS Partners, Inc. (dba GSL Construction), and Empire Landscape Construction (collectively "Defendants") agree and stipulate, through their respective counsel, to the following extension:

LITTLER MENDELSON, P.C.
50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150

JOINT STIP. AND [PROPOSED] ORDER REGARDING RESPONSE TO COMPLAINT
FIRMWIDE:117416104.1 059436.1001

2.

1. The parties are still currently discussing settlement, and thus, they would like to direct their resources and time to such negotiations.

2. The parties would like another four weeks to continue to discuss settlement, and have agreed to extend by four weeks, from February 1, 2013 to March 1, 2013, Defendants' responsive pleading to Plaintiffs' complaint.

3. The parties also request that the initial Case Management Conference, which is scheduled for February 15, 2013, also be postponed by four weeks to March 15, 2013.

THEREFORE, the parties hereby stipulate and request that this Court order the following:

1. The deadline for Defendants to file their responsive pleading to Plaintiffs' complaint is set for March 1, 2013.

2. The Case Management Conference be scheduled for ~~March 15, 2013 or a date convenient for the Court~~ 8:30 a.m. on April 5, 2013.

LITTLER MENDELSON, P.C.
50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150

JOINT STIP. AND [PROPOSED] ORDER
REGARDING RESPONSE TO COMPLAINT  3.
FIRMWIDE:117416104.1 059436.1001

Dated: February 1, 2013

/s/ Marco A. Palau
MARCO A. PALAU
LAW OFFICES OF MALLISON & MARTINEZ
Attorneys for Plaintiffs
MARCOS VARGAS, ROMUALDO ALTAMIRANO, PEDRO RAMOS, BULMARO BAZAN, MARCOS MANDUJANO, JOSE: SOLIS, LUIS PENA, BENITO CHAIREZ, FIGUEROA, FREDY ROCHA, SALVADOR FLORES, ISMAEL CORONA, EPIGMENIO LOPEZ, JUAN CORONA, ENRIQUE TAMAYO, FRANCISCO SALGADO, SILVERIO TORRES, MARTIN RAMOS RAMIREZ, ANGEL SANCHEZ, ERON LOPEZ, EDUARDO VARGAS, JORGE SOTO, RIGOBERTO SANCHEZ:, JULIO LOPEZ, JOSE J. GARCIA, PEDRO SIERRA, DAMACIO SANCHEZ, JUAN GUERRA, JAIME MARTINEZ JR., ROBERT MONTOYA, MATEO GUZMAN, LAZARO MAYA, JOSE ESTRADA, ANICETO ALMANZA SANCHEZ, EMILIO VARGAS, JOSE ANTONIO ALVAREZ, ANTONIO RODRIGUEZ, JOSEPH RENEE RODRIGUEZ, MAURICIO SANCHEZ, MAURICIO SANCHEZ ARZATE, MANUEL RENTERIA, MIGUEL SUCHIL MENDOZA, and VICENTE MARTINEZ

Dated: February 1, 2013

/s/ Gina M. Chang
GINA M. CHANG
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendants
JOHN EARL REDFERN, J. REDFERN, INC., dba GOLDEN STATE LANDSCAPING; JLS PARTNERS, INC., dba GSL CONSTRUCTION, EMPIRE LANDSCAPE CONSTRUCTION

LITTLER MENDELSON, P.C.
50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150

JOINT STIP. AND [PROPOSED] ORDER REGARDING RESPONSE TO COMPLAINT
FIRMWIDE:117416104.1 059436.1001

4.

IT IS SO ORDERED:


Dated: February 5, 2013

Hon.
United

*[Signature stamp: IT IS SO ORDERED, Judge Charles R. Breyer, United States District Court, Northern District of California]*

LITTLER MENDELSON, P.C.
50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150

JOINT STIP. AND [PROPOSED] ORDER
REGARDING RESPONSE TO COMPLAINT    5.
FIRMWIDE:117416104.1 059436.1001