1  Stan S. Mallison (SBN 184191)
   Hector R. Martinez (SBN 206336)
2  Marco A. Palau (SBN 242340)
   Joseph D. Sutton (SBN 269951)
3  MALLISON & MARTINEZ
   1939 Harrison Street, Suite 730
4  Oakland, California 94549
   Telephone:     510.832.9999
5  Facsimile:     510.832.1101
   stanm@themmlawfirm.com
6  hectorm@themmlawfirm.com
   mpalau@themmlawfirm.com
7  jsutton@themmlawfirm.com

8  Attorneys for PLAINTIFFS

9  Attorneys for Plaintiff
   MARLENE S. MURACO, Bar No. 154240
10 mmuraco@littler.com
   GINA M. CHANG, Bar No. 260747
11 gchang@littler.com
   LITTLER MENDELSON, P.C.
12 50 W. San Fernando, 15th Floor
   San Jose, California  95113.2303
13 Telephone:    408.998.4150
   Facsimile:    408.288.5686
14 Attorneys for Defendants,
   JOHN EARL REDFERN, J. REDFERN, INC.,
15 dba GOLDEN STATE LANDSCAPING; JLS
   PARTNERS, INC., dba GSL CONSTRUCTION,
16 EMPIRE LANDSCAPE CONSTRUCTION

17                UNITED STATES DISTRICT COURT

18                NORTHERN DISTRICT OF CALIFORNIA

19                    SAN FRANCISCO DIVISION

20

21 MARCOS VARGAS, ROMUALDO           Case No.  C-12-04052-CRB
   ALTAMIRANO, PEDRO RAMOS,
22 BULMARO BAZAN, MARCOS             **JOINT STIPULATION AND ORDER**
   MANDUJANO, JOSE: SOLIS, LUIS      **REGARDING RESPONSIVE PLEADING**
23 PENA, BENITO CHAIREZ, FIGUEROA,   **TO THE COMPLAINT PURSUANT TO**
   FREDY ROCHA, SALVADOR FLORES,     **LOCAL RULE 6-1**
24 ISMAEL CORONA, EPIGMENIO
   LOPEZ, JUAN CORONA, ENRIQUE
25 TAMAYO, FRANCISCO SALGADO,
   SILVERIO TORRES, MARTIN RAMOS
26 RAMIREZ, ANGEL SANCHEZ, ERON
   LOPEZ, EDUARDO VARGAS, JORGE
27 SOTO, RIGOBERTO SANCHEZ:, JULIO
   LOPEZ, JOSE J. GARCIA, PEDRO
28 SIERRA, DAMACIO SANCHEZ, JUAN
   GUERRA, JAIME MARTINEZ JR.,

LITTLER MENDELSON, P.C.
50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150

JOINT STIP. AND [PROPOSED] ORDER
REGARDING RESPONSE TO COMPLAINT
FIRMWIDE:117416104.1 059436.1001

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11<br>12<br>13<br>14 | ROBERT MONTOYA, MATEO GUZMAN, LAZARO MAYA, JOSE ESTRADA, ANICETO ALMANZA SANCHEZ, EMILIO VARGAS, JOSE ANTONIO ALVAREZ, ANTONIO RODRIGUEZ, JOSEPH RENEE RODRIGUEZ, MAURICIO SANCHEZ, MAURICIO SANCHEZ ARZATE, MANUEL RENTERIA, MIGUEL SUCHIL MENDOZA, and VICENTE MARTINEZ, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>         v.<br><br>JOHN EARL REDFERN, an individual; J. REDFERN, INC., (dba "GOLDEN STATE LANDSCAPING"), a California Corporation; JLS PARTNERS, INC., (dba "GSL CONSTRUCTION"), a California Corporation; and EMPIRE LANDSCAPE CONSTRUCTION, a California Corporation,<br><br>                    Defendants. |

Plaintiffs Marcos Vargas, Romualdo Altamirano, Pedro Ramos, Bulmaro Bazan, Marcos Mandujano, Jose Solis, Luis Pena, Benito Chairez, Figueroa, Fredy Rocha, Salvador Flores, Ismael Corona, Epigmenio Lopez, Juan Corona, Enrique Tamayo, Francisco Salgado, Silverio Torres, Martin Ramos Ramirez, Angel Sanchez, Eron Lopez, Eduardo Vargas, Jorge Soto, Rigoberto Sanchez, Julio Lopez, Jose J. Garcia, Pedro Sierra, Damacio Sanchez, Juan Guerra, Jaime Martinez Jr., Robert Montoya, Mateo Guzman, Lazaro Maya, Jose Estrada, Aniceto Almanza Sanchez, Emilio Vargas, Jose Antonio Alvarez, Antonio Rodriguez, Joseph Renee Rodriguez, Mauricio Sanchez, Mauricio Sanchez Arzate, Manuel Renteria, Miguel Suchil Mendoza, and Vicente Martinez, (collectively "Plaintiffs") and Defendants John Earl Redfern, J. Redfern, Inc. (dba Golden State Landscaping), JLS Partners, Inc. (dba GSL Construction), and Empire Landscape Construction (collectively "Defendants") agree and stipulate, through their respective counsel, to the following extension:

LITTLER MENDELSON, P.C.
50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150

JOINT STIP. AND [PROPOSED] ORDER
REGARDING RESPONSE TO COMPLAINT
FIRMWIDE:117416104.1 059436.1001                    2.

1. The parties are currently finalizing a settlement, and thus, they would like to direct their resources and time to settlement discussions.

2. The parties would like another four weeks to continue to discuss settlement, and have agreed to extend by six weeks, from March 1, 2013 to April 12, 2013, Defendants' responsive pleading to Plaintiffs' complaint.

3. The parties also request that the initial Case Management Conference, which is scheduled for April 5, 2013, also be postponed by four weeks to May 3, 2013.

THEREFORE, the parties hereby stipulate and request that this Court order the following:

1. The deadline for Defendants to file their responsive pleading to Plaintiffs' complaint is set for April 12, 2013.

2. The Case Management Conference be scheduled for May 3, 2013 at 8:30 a.m. and the case management statement due April 26, 2013.

LITTLER MENDELSON, P.C.
50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150

JOINT STIP. AND [PROPOSED] ORDER
REGARDING RESPONSE TO COMPLAINT        3.
FIRMWIDE:117416104.1 059436.1001

| | |
|---|---|
| 1 | Dated: March 1, 2013 |
| 2 | |
| 3 | /s/ Marco A. Palau |
| | MARCO A. PALAU |
| | LAW OFFICES OF MALLISON & MARTINEZ |
| 4 | Attorneys for Plaintiffs |
| 5 | MARCOS VARGAS, ROMUALDO ALTAMIRANO, PEDRO RAMOS, BULMARO BAZAN, MARCOS MANDUJANO, JOSE: SOLIS, LUIS PENA, BENITO CHAIREZ, FIGUEROA, FREDY ROCHA, SALVADOR FLORES, ISMAEL CORONA, EPIGMENIO LOPEZ, JUAN CORONA, ENRIQUE TAMAYO, FRANCISCO SALGADO, SILVERIO TORRES, MARTIN RAMOS RAMIREZ, ANGEL SANCHEZ, ERON LOPEZ, EDUARDO VARGAS, JORGE SOTO, RIGOBERTO SANCHEZ:, JULIO LOPEZ, JOSE J. GARCIA, PEDRO SIERRA, DAMACIO SANCHEZ, JUAN GUERRA, JAIME MARTINEZ JR., ROBERT MONTOYA, MATEO GUZMAN, LAZARO MAYA, JOSE ESTRADA, ANICETO ALMANZA SANCHEZ, EMILIO VARGAS, JOSE ANTONIO ALVAREZ, ANTONIO RODRIGUEZ, JOSEPH RENEE RODRIGUEZ, MAURICIO SANCHEZ, MAURICIO SANCHEZ ARZATE, MANUEL RENTERIA, MIGUEL SUCHIL MENDOZA, and VICENTE MARTINEZ |
| 19 | Dated: March 1, 2013 |
| 20 | |
| 21 | /s/ Gina M. Chang |
| | GINA M. CHANG |
| 22 | LITTLER MENDELSON |
| | A Professional Corporation |
| 23 | Attorneys for Defendants |
| | JOHN EARL REDFERN, J. REDFERN, INC., dba GOLDEN STATE LANDSCAPING; JLS PARTNERS, INC., dba GSL CONSTRUCTION, EMPIRE LANDSCAPE CONSTRUCTION |

JOINT STIP. AND [PROPOSED] ORDER REGARDING RESPONSE TO COMPLAINT   4.
FIRMWIDE:117416104.1 059436.1001

1  IT IS SO ORDERED:

4  Dated:   March 4, 2013



Hon. Charles R. Breyer
United States District Judge

JOINT STIP. AND [PROPOSED] ORDER
REGARDING RESPONSE TO COMPLAINT     5.
FIRMWIDE:117416104.1 059436.1001