1  Stan S. Mallison (SBN 184191)
   Hector R. Martinez (SBN 206336)
2  Marco A. Palau (SBN 242340)
   Joseph D. Sutton (SBN 269951)
3  MALLISON & MARTINEZ
   1939 Harrison Street, Suite 730
4  Oakland, California 94549
   Telephone:    510.832.9999
5  Facsimile:    510.832.1101
   stanm@themmlawfirm.com
6  hectorm@themmlawfirm.com
   mpalau@themmlawfirm.com
7  jsutton@themmlawfirm.com

8  Attorneys for PLAINTIFFS

9  Attorneys for Plaintiff
   MARLENE S. MURACO, Bar No. 154240
10 mmuraco@littler.com
   GINA M. CHANG, Bar No. 260747
11 gchang@littler.com
   LITTLER MENDELSON, P.C.
12 50 W. San Fernando, 15th Floor
   San Jose, California  95113.2303
13 Telephone:    408.998.4150
   Facsimile:    408.288.5686
14 Attorneys for Defendants,
   JOHN EARL REDFERN, J. REDFERN, INC.,
15 dba GOLDEN STATE LANDSCAPING; JLS
   PARTNERS, INC., dba GSL CONSTRUCTION,
16 EMPIRE LANDSCAPE CONSTRUCTION

17                     UNITED STATES DISTRICT COURT

18                    NORTHERN DISTRICT OF CALIFORNIA

19                          SAN FRANCISCO DIVISION

20

21 MARCOS VARGAS, ROMUALDO           | Case No.  C-12-04052-CRB
   ALTAMIRANO, PEDRO RAMOS,
22 BULMARO BAZAN, MARCOS             | **JOINT STIPULATION AND ORDER
   MANDUJANO, JOSE: SOLIS, LUIS      | REGARDING RESPONSIVE PLEADING
23 PENA, BENITO CHAIREZ, FIGUEROA,   | TO THE COMPLAINT PURSUANT TO
   FREDY ROCHA, SALVADOR FLORES,     | LOCAL RULE 6-1**
24 ISMAEL CORONA, EPIGMENIO
   LOPEZ, JUAN CORONA, ENRIQUE
25 TAMAYO, FRANCISCO SALGADO,
   SILVERIO TORRES, MARTIN RAMOS
26 RAMIREZ, ANGEL SANCHEZ, ERON
   LOPEZ, EDUARDO VARGAS, JORGE
27 SOTO, RIGOBERTO SANCHEZ:, JULIO
   LOPEZ, JOSE J. GARCIA, PEDRO
28 SIERRA, DAMACIO SANCHEZ, JUAN
   GUERRA, JAIME MARTINEZ JR.,

---

JOINT STIP. AND [PROPOSED] ORDER
REGARDING RESPONSE TO COMPLAINT

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11<br>12<br>13<br>14 | ROBERT MONTOYA, MATEO GUZMAN, LAZARO MAYA, JOSE ESTRADA, ANICETO ALMANZA SANCHEZ, EMILIO VARGAS, JOSE ANTONIO ALVAREZ, ANTONIO RODRIGUEZ, JOSEPH RENEE RODRIGUEZ, MAURICIO SANCHEZ, MAURICIO SANCHEZ ARZATE, MANUEL RENTERIA, MIGUEL SUCHIL MENDOZA, and VICENTE MARTINEZ, individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>     v.<br><br>JOHN EARL REDFERN, an individual; J. REDFERN, INC., (dba "GOLDEN STATE LANDSCAPING"), a California Corporation; JLS PARTNERS, INC., (dba "GSL CONSTRUCTION"), a California Corporation; and EMPIRE LANDSCAPE CONSTRUCTION, a California Corporation,<br><br>            Defendants. |

Plaintiffs Marcos Vargas, Romualdo Altamirano, Pedro Ramos, Bulmaro Bazan, Marcos Mandujano, Jose Solis, Luis Pena, Benito Chairez, Figueroa, Fredy Rocha, Salvador Flores, Ismael Corona, Epigmenio Lopez, Juan Corona, Enrique Tamayo, Francisco Salgado, Silverio Torres, Martin Ramos Ramirez, Angel Sanchez, Eron Lopez, Eduardo Vargas, Jorge Soto, Rigoberto Sanchez, Julio Lopez, Jose J. Garcia, Pedro Sierra, Damacio Sanchez, Juan Guerra, Jaime Martinez Jr., Robert Montoya, Mateo Guzman, Lazaro Maya, Jose Estrada, Aniceto Almanza Sanchez, Emilio Vargas, Jose Antonio Alvarez, Antonio Rodriguez, Joseph Renee Rodriguez, Mauricio Sanchez, Mauricio Sanchez Arzate, Manuel Renteria, Miguel Suchil Mendoza, and Vicente Martinez, (collectively "Plaintiffs") and Defendants John Earl Redfern, J. Redfern, Inc. (dba Golden State Landscaping), JLS Partners, Inc. (dba GSL Construction), and Empire Landscape Construction (collectively "Defendants") agree and stipulate, through their respective counsel, to the following extension:

LITTLER MENDELSON, P.C.
50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150

JOINT STIP. AND [PROPOSED] ORDER
REGARDING RESPONSE TO COMPLAINT        2.

1......1. The parties are currently finalizing a settlement, and thus, they would like to direct their resources and time to settlement discussions.

2. The settlement involves over forty individual plaintiffs and a proposed class settlement of a related state action, which is why it is taking quite a bit of time to finalize.

3. The parties would like another four weeks to continue to discuss settlement, and have agreed to extend by six weeks, from April 12, 2013 to May 24, 2013, Defendants' responsive pleading to Plaintiffs' complaint.

3. The parties also request that the initial Case Management Conference, which is scheduled for May 10, 2013, also be postponed by four weeks to June 7, 2013.

THEREFORE, the parties hereby stipulate and request that this Court order the following:

1. The deadline for Defendants to file their responsive pleading to Plaintiffs' complaint is set for May 24, 2013.

2. The Case Management Conference be scheduled for June 14, 2013 at 8:30 a.m..

LITTLER MENDELSON, P.C.
50 W. San Fernando, 15th Floor
San Jose, CA  95113.2303
408.998.4150

JOINT STIP. AND [PROPOSED] ORDER
REGARDING RESPONSE TO COMPLAINT  3.

1  Dated: April 11, 2013

3  */s/ Marco A. Palau*
MARCO A. PALAU
4  LAW OFFICES OF MALLISON & MARTINEZ
Attorneys for Plaintiffs
5  MARCOS VARGAS, ROMUALDO ALTAMIRANO, PEDRO RAMOS, BULMARO BAZAN, MARCOS MANDUJANO, JOSE: SOLIS, LUIS PENA, BENITO CHAIREZ, FIGUEROA, FREDY ROCHA, SALVADOR FLORES, ISMAEL CORONA, EPIGMENIO LOPEZ, JUAN CORONA, ENRIQUE TAMAYO, FRANCISCO SALGADO, SILVERIO TORRES, MARTIN RAMOS RAMIREZ, ANGEL SANCHEZ, ERON LOPEZ, EDUARDO VARGAS, JORGE SOTO, RIGOBERTO SANCHEZ:, JULIO LOPEZ, JOSE J. GARCIA, PEDRO SIERRA, DAMACIO SANCHEZ, JUAN GUERRA, JAIME MARTINEZ JR., ROBERT MONTOYA, MATEO GUZMAN, LAZARO MAYA, JOSE ESTRADA, ANICETO ALMANZA SANCHEZ, EMILIO VARGAS, JOSE ANTONIO ALVAREZ, ANTONIO RODRIGUEZ, JOSEPH RENEE RODRIGUEZ, MAURICIO SANCHEZ, MAURICIO SANCHEZ ARZATE, MANUEL RENTERIA, MIGUEL SUCHIL MENDOZA, and VICENTE MARTINEZ

19  Dated: April 11, 2013

21  */s/ Marlene S. Muraco*
MARLENE S. MURACO
22  LITTLER MENDELSON
A Professional Corporation
23  Attorneys for Defendants
JOHN EARL REDFERN, J. REDFERN, INC., dba GOLDEN STATE LANDSCAPING; JLS PARTNERS, INC., dba GSL CONSTRUCTION, EMPIRE LANDSCAPE CONSTRUCTION

JOINT STIP. AND [PROPOSED] ORDER
REGARDING RESPONSE TO COMPLAINT          4.

Case 3:12-cv-04052-CRB   Document 23   Filed 04/16/13   Page 5 of 5

1  IT IS SO ORDERED:

4  Dated:   April 16, 20113



Hon. Charles R. Breyer
United States District Court Judge

7  Firmwide:119703508.1 059436.1001

JOINT STIP. AND [PROPOSED] ORDER
REGARDING RESPONSE TO COMPLAINT          5.

LITTLER MENDELSON, P.C.
50 W. San Fernando, 15th Floor
San Jose, CA  95113.2303
408.998.4150