Stan S. Mallison (SBN 184191)
Hector R. Martinez (SBN 206336)
Marco A. Palau (SBN 242340)
Joseph D. Sutton (SBN 269951)
MALLISON & MARTINEZ
1939 Harrison Street, Suite 730
Oakland, California 94549
Telephone: 510.832.9999
Facsimile: 510.832.1101
stanm@themmlawfirm.com
hectorm@themmlawfirm.com
mpalau@themmlawfirm.com
jsutton@themmlawfirm.com

Attorneys for Plaintiffs

MARLENE S. MURACO, Bar No. 154240
mmuraco@littler.com
LITTLER MENDELSON, P.C.
50 W. San Fernando, 15th Floor
San Jose, California 95113.2303
Telephone: 408.998.4150
Facsimile: 408.288.5686

Attorneys for Defendants,
JOHN EARL REDFERN, J. REDFERN, INC., dba GOLDEN STATE LANDSCAPING; JLS PARTNERS, INC., dba GSL CONSTRUCTION, EMPIRE LANDSCAPE CONSTRUCTION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

MARCOS VARGAS, ROMUALDO ALTAMIRANO, PEDRO RAMOS, BULMARO BAZAN, MARCOS MANDUJANO, JOSE: SOLIS, LUIS PENA, BENITO CHAIREZ, FIGUEROA, FREDY ROCHA, SALVADOR FLORES, ISMAEL CORONA, EPIGMENIO LOPEZ, JUAN CORONA, ENRIQUE TAMAYO, FRANCISCO SALGADO, SILVERIO TORRES, MARTIN RAMOS RAMIREZ, ANGEL SANCHEZ, ERON LOPEZ, EDUARDO VARGAS, JORGE SOTO, RIGOBERTO SANCHEZ:, JULIO LOPEZ, JOSE J. GARCIA, PEDRO SIERRA, DAMACIO SANCHEZ, JUAN GUERRA, JAIME MARTINEZ JR., ROBERT MONTOYA, MATEO GUZMAN, LAZARO MAYA, JOSE

Case No. C-12-04052-CRB

**JOINT STIPULATION AND ORDER REGARDING RESPONSIVE PLEADING TO THE COMPLAINT PURSUANT TO LOCAL RULE 6-1**

LITTLER MENDELSON, P.C.
50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150

JOINT STIP. AND [PROPOSED] ORDER REGARDING RESPONSE TO COMPLAINT

ESTRADA, ANICETO ALMANZA SANCHEZ, EMILIO VARGAS, JOSE ANTONIO ALVAREZ, ANTONIO RODRIGUEZ, JOSEPH RENEE RODRIGUEZ, MAURICIO SANCHEZ, MAURICIO SANCHEZ ARZATE, MANUEL RENTERIA, MIGUEL SUCHIL MENDOZA, and VICENTE MARTINEZ, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

JOHN EARL REDFERN, an individual; J. REDFERN, INC., (dba "GOLDEN STATE LANDSCAPING"), a California Corporation; JLS PARTNERS, INC., (dba "GSL CONSTRUCTION"), a California Corporation; and EMPIRE LANDSCAPE CONSTRUCTION, a California Corporation,

Defendants.

Plaintiffs Marcos Vargas, Romualdo Altamirano, Pedro Ramos, Bulmaro Bazan, Marcos Mandujano, Jose Solis, Luis Pena, Benito Chairez, Figueroa, Fredy Rocha, Salvador Flores, Ismael Corona, Epigmenio Lopez, Juan Corona, Enrique Tamayo, Francisco Salgado, Silverio Torres, Martin Ramos Ramirez, Angel Sanchez, Eron Lopez, Eduardo Vargas, Jorge Soto, Rigoberto Sanchez, Julio Lopez, Jose J. Garcia, Pedro Sierra, Damacio Sanchez, Juan Guerra, Jaime Martinez Jr., Robert Montoya, Mateo Guzman, Lazaro Maya, Jose Estrada, Aniceto Almanza Sanchez, Emilio Vargas, Jose Antonio Alvarez, Antonio Rodriguez, Joseph Renee Rodriguez, Mauricio Sanchez, Mauricio Sanchez Arzate, Manuel Renteria, Miguel Suchil Mendoza, and Vicente Martinez, (collectively "Plaintiffs") and Defendants John Earl Redfern, J. Redfern, Inc. (dba Golden State Landscaping), JLS Partners, Inc. (dba GSL Construction), and Empire Landscape Construction (collectively "Defendants") agree and stipulate, through their respective counsel, to the following extension:

LITTLER MENDELSON, P.C.
50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150

JOINT STIP. AND [PROPOSED] ORDER REGARDING RESPONSE TO COMPLAINT

2.

1. The parties are currently finalizing a settlement, and thus, they would like to direct their resources and time to settlement discussions.

2. The settlement involves over forty individual plaintiffs and a proposed class settlement of a related state action, which is why it is taking quite a bit of time to finalize.

3. The state court has indicated that the motion for approval of the state court class settlement should be filed no later than July 12, 2013.

4. The settlement of the Plaintiffs' claims in this matter will be contingent upon court approval of the class settlement.

5. The parties would like additional time to finalize the settlement agreements and have agreed to continue the deadline for Defendants' responsive pleading to Plaintiff's complaint from May 24, 2013 until July 16, 2013.

3. The parties also request that the initial Case Management Conference, which is scheduled for June 14, 2013, also be postponed to August 7, 2013.

THEREFORE, the parties hereby stipulate and request that this Court order the following:

1. The deadline for Defendants to file their responsive pleading to Plaintiffs' complaint is set for July 16, 2013.

2. The Case Management Conference be scheduled for August 9, 2013 or to a date convenient for the Court.

LITTLER MENDELSON, P.C.
50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150

JOINT STIP. AND [PROPOSED] ORDER
REGARDING RESPONSE TO COMPLAINT          3.

Dated: May 24, 2013

*/s/ Marco A. Palau*
MARCO A. PALAU
LAW OFFICES OF MALLISON & MARTINEZ
Attorneys for Plaintiffs
MARCOS VARGAS, ROMUALDO ALTAMIRANO, PEDRO RAMOS, BULMARO BAZAN, MARCOS MANDUJANO, JOSE: SOLIS, LUIS PENA, BENITO CHAIREZ, FIGUEROA, FREDY ROCHA, SALVADOR FLORES, ISMAEL CORONA, EPIGMENIO LOPEZ, JUAN CORONA, ENRIQUE TAMAYO, FRANCISCO SALGADO, SILVERIO TORRES, MARTIN RAMOS RAMIREZ, ANGEL SANCHEZ, ERON LOPEZ, EDUARDO VARGAS, JORGE SOTO, RIGOBERTO SANCHEZ:, JULIO LOPEZ, JOSE J. GARCIA, PEDRO SIERRA, DAMACIO SANCHEZ, JUAN GUERRA, JAIME MARTINEZ JR., ROBERT MONTOYA, MATEO GUZMAN, LAZARO MAYA, JOSE ESTRADA, ANICETO ALMANZA SANCHEZ, EMILIO VARGAS, JOSE ANTONIO ALVAREZ, ANTONIO RODRIGUEZ, JOSEPH RENEE RODRIGUEZ, MAURICIO SANCHEZ, MAURICIO SANCHEZ ARZATE, MANUEL RENTERIA, MIGUEL SUCHIL MENDOZA, and VICENTE MARTINEZ

Dated: May 24, 2013

*/s/ Marlene S. Muraco*
MARLENE S. MURACO
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendants
JOHN EARL REDFERN, J. REDFERN, INC., dba GOLDEN STATE LANDSCAPING; JLS PARTNERS, INC., dba GSL CONSTRUCTION, EMPIRE LANDSCAPE CONSTRUCTION

IT IS SO ORDERED:

Dated: May 30, 2013

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Charles R. Breyer

Hon[...]
Unit[...]ge

Firmwide:120509945.1 059436.1001

LITTLER MENDELSON, P.C.
50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150

JOINT STIP. AND [PROPOSED] ORDER REGARDING RESPONSE TO COMPLAINT
5.