1   Stan S. Mallison (SBN 184191)
    Hector R. Martinez (SBN 206336)
2   Marco A. Palau (SBN 242340)
    Joseph D. Sutton (SBN 269951)
3   MALLISON & MARTINEZ
    1939 Harrison Street, Suite 730
4   Oakland, California 94549
    Telephone:    510.832.9999
5   Facsimile:    510.832.1101
    stanm@themmlawfirm.com
6   hectorm@themmlawfirm.com
    mpalau@themmlawfirm.com
7   jsutton@themmlawfirm.com

8   Attorneys for Plaintiffs

9   MARLENE S. MURACO, Bar No. 154240
    mmuraco@littler.com
10  LITTLER MENDELSON, P.C.
    50 W. San Fernando, 15th Floor
11  San Jose, California  95113.2303
    Telephone:    408.998.4150
12  Facsimile:    408.288.5686

13  Attorneys for Defendants,
    JOHN EARL REDFERN, J. REDFERN, INC.,
14  dba GOLDEN STATE LANDSCAPING; JLS
    PARTNERS, INC., dba GSL CONSTRUCTION,
15  EMPIRE LANDSCAPE CONSTRUCTION

16                UNITED STATES DISTRICT COURT

17               NORTHERN DISTRICT OF CALIFORNIA

18                    SAN FRANCISCO DIVISION

19

20  MARCOS VARGAS, ROMUALDO                    Case No.  C-12-04052-CRB
    ALTAMIRANO, PEDRO RAMOS,
21  BULMARO BAZAN, MARCOS                      **JOINT STIPULATION AND ORDER
    MANDUJANO, JOSE: SOLIS, LUIS               REGARDING RESPONSIVE PLEADING
22  PENA, BENITO CHAIREZ, FIGUEROA,            TO THE COMPLAINT PURSUANT TO
    FREDY  ROCHA, SALVADOR FLORES,             LOCAL RULE 6-1**
23  ISMAEL CORONA, EPIGMENIO
    LOPEZ, JUAN CORONA, ENRIQUE
24  TAMAYO, FRANCISCO SALGADO,
    SILVERIO TORRES, MARTIN RAMOS
25  RAMIREZ, ANGEL SANCHEZ, ERON
    LOPEZ, EDUARDO  VARGAS, JORGE
26  SOTO, RIGOBERTO SANCHEZ:, JULIO
    LOPEZ, JOSE J. GARCIA,  PEDRO
27  SIERRA, DAMACIO SANCHEZ, JUAN
    GUERRA, JAIME MARTINEZ JR.,
28  ROBERT MONTOYA, MATEO
    GUZMAN, LAZARO MAYA, JOSE

LITTLER MENDELSON, P.C.
50 W. San Fernando, 15th Floor
San Jose, CA  95113.2303
408.998.4150

JOINT STIP. AND [PROPOSED] ORDER
REGARDING RESPONSE TO COMPLAINT

| | |
|---|---|
| 1 | ESTRADA, ANICETO ALMANZA SANCHEZ, EMILIO VARGAS, JOSE ANTONIO ALVAREZ, ANTONIO RODRIGUEZ, JOSEPH RENEE RODRIGUEZ, MAURICIO SANCHEZ, MAURICIO SANCHEZ ARZATE, MANUEL RENTERIA, MIGUEL SUCHIL MENDOZA, and VICENTE MARTINEZ, individually and on behalf of all others similarly situated, |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | Plaintiffs, |
| 8 | v. |
| 9 | JOHN EARL REDFERN, an individual; J. REDFERN, INC., (dba "GOLDEN STATE LANDSCAPING"), a California Corporation; JLS PARTNERS, INC., (dba "GSL CONSTRUCTION"), a California Corporation; and EMPIRE LANDSCAPE CONSTRUCTION, a California Corporation, |
| 10 | |
| 11 | |
| 12 | |
| 13 | Defendants. |

Plaintiffs Marcos Vargas, Romualdo Altamirano, Pedro Ramos, Bulmaro Bazan, Marcos Mandujano, Jose Solis, Luis Pena, Benito Chairez, Figueroa, Fredy Rocha, Salvador Flores, Ismael Corona, Epigmenio Lopez, Juan Corona, Enrique Tamayo, Francisco Salgado, Silverio Torres, Martin Ramos Ramirez, Angel Sanchez, Eron Lopez, Eduardo Vargas, Jorge Soto, Rigoberto Sanchez, Julio Lopez, Jose J. Garcia, Pedro Sierra, Damacio Sanchez, Juan Guerra, Jaime Martinez Jr., Robert Montoya, Mateo Guzman, Lazaro Maya, Jose Estrada, Aniceto Almanza Sanchez, Emilio Vargas, Jose Antonio Alvarez, Antonio Rodriguez, Joseph Renee Rodriguez, Mauricio Sanchez, Mauricio Sanchez Arzate, Manuel Renteria, Miguel Suchil Mendoza, and Vicente Martinez, (collectively "Plaintiffs") and Defendants John Earl Redfern, J. Redfern, Inc. (dba Golden State Landscaping), JLS Partners, Inc. (dba GSL Construction), and Empire Landscape Construction (collectively "Defendants") agree and stipulate, through their respective counsel, to the following extension:

LITTLER MENDELSON, P.C.
50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150

JOINT STIP. AND [PROPOSED] ORDER
REGARDING RESPONSE TO COMPLAINT        2.

1.      The parties are currently finalizing a settlement, and thus, they would like to direct their resources and time to settlement discussions.

2.      The settlement involves over forty individual plaintiffs and a proposed class settlement of a related state action, which is why it is taking quite a bit of time to finalize.

3.      The state court has set September 26, 2013 as the hearing date for the motion for approval of the state court class settlement.

4.      The settlement of the Plaintiffs' claims in this matter will be contingent upon court approval of the class settlement.

5.      The parties would like additional time to finalize the settlement agreements and have agreed to continue the deadline for Defendants' responsive pleading to Plaintiff's complaint from July 16, 2013 until October 16, 2013.

6.      The parties also request that the initial Case Management Conference, which is scheduled for August 9, 2013, be postponed to November 8, 2013.

THEREFORE, the parties hereby stipulate and request that this Court order the following:

1.      The deadline for Defendants to file their responsive pleading to Plaintiffs' complaint is set for October 16, 2013.

2.      The Case Management Conference be scheduled for November 8, 2013 or to a date convenient for the Court.

LITTLER MENDELSON, P.C.
50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150

JOINT STIP. AND [PROPOSED] ORDER
REGARDING RESPONSE TO COMPLAINT    3.

1 | Dated: July 16, 2013

/s/ Marco A. Palau
MARCO A. PALAU
LAW OFFICES OF MALLISON & MARTINEZ
Attorneys for Plaintiffs
MARCOS VARGAS, ROMUALDO ALTAMIRANO, PEDRO RAMOS, BULMARO BAZAN, MARCOS MANDUJANO, JOSE: SOLIS, LUIS PENA, BENITO CHAIREZ, FIGUEROA, FREDY ROCHA, SALVADOR FLORES, ISMAEL CORONA, EPIGMENIO LOPEZ, JUAN CORONA, ENRIQUE TAMAYO, FRANCISCO SALGADO, SILVERIO TORRES, MARTIN RAMOS RAMIREZ, ANGEL SANCHEZ, ERON LOPEZ, EDUARDO VARGAS, JORGE SOTO, RIGOBERTO SANCHEZ:, JULIO LOPEZ, JOSE J. GARCIA, PEDRO SIERRA, DAMACIO SANCHEZ, JUAN GUERRA, JAIME MARTINEZ JR., ROBERT MONTOYA, MATEO GUZMAN, LAZARO MAYA, JOSE ESTRADA, ANICETO ALMANZA SANCHEZ, EMILIO VARGAS, JOSE ANTONIO ALVAREZ, ANTONIO RODRIGUEZ, JOSEPH RENEE RODRIGUEZ, MAURICIO SANCHEZ, MAURICIO SANCHEZ ARZATE, MANUEL RENTERIA, MIGUEL SUCHIL MENDOZA, and VICENTE MARTINEZ

Dated: July 16, 2013

/s/ Marlene S. Muraco
MARLENE S. MURACO
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendants
JOHN EARL REDFERN, J. REDFERN, INC., dba GOLDEN STATE LANDSCAPING; JLS PARTNERS, INC., dba GSL CONSTRUCTION, EMPIRE LANDSCAPE CONSTRUCTION

JOINT STIP. AND [PROPOSED] ORDER
REGARDING RESPONSE TO COMPLAINT         4.

IT IS SO ORDERED:

Dated:   July 18, 2013



_____
Hon. Judge Charles R. Breyer
United States District Court Judge

JOINT STIP. AND [PROPOSED] ORDER
REGARDING RESPONSE TO COMPLAINT          5.

LITTLER MENDELSON, P.C.
50 W. San Fernando, 15th Floor
San Jose, CA  95113.2303
408.998.4150