1   Stan S. Mallison (SBN 184191)
    Hector R. Martinez (SBN 206336)
2   Marco A. Palau (SBN 242340)
    Joseph D. Sutton (SBN 269951)
3   MALLISON & MARTINEZ
    1939 Harrison Street, Suite 730
4   Oakland, California 94549
    Telephone:    510.832.9999
5   Facsimile:    510.832.1101
    stanm@themmlawfirm.com
6   hectorm@themmlawfirm.com
    mpalau@themmlawfirm.com
7   jsutton@themmlawfirm.com

8   Attorneys for Plaintiffs

9   MARLENE S. MURACO, Bar No. 154240
    mmuraco@littler.com
10  LITTLER MENDELSON, P.C.
    50 W. San Fernando, 15th Floor
11  San Jose, California 95113.2303
    Telephone:    408.998.4150
12  Facsimile:    408.288.5686

13  Attorneys for Defendants,
    JOHN EARL REDFERN, J. REDFERN, INC.,
14  dba GOLDEN STATE LANDSCAPING; JLS
    PARTNERS, INC., dba GSL CONSTRUCTION,
15  EMPIRE LANDSCAPE CONSTRUCTION

16                  UNITED STATES DISTRICT COURT

17                  NORTHERN DISTRICT OF CALIFORNIA

18                      SAN FRANCISCO DIVISION

19
    MARCOS VARGAS, ROMUALDO              Case No. C-12-04052-CRB
20  ALTAMIRANO, PEDRO RAMOS,
    BULMARO BAZAN, MARCOS                **JOINT STIPULATION AND ORDER**
21  MANDUJANO, JOSE: SOLIS, LUIS         **REGARDING RESPONSIVE PLEADING**
    PENA, BENITO CHAIREZ, FIGUEROA,      **TO THE COMPLAINT PURSUANT TO**
22  FREDY ROCHA, SALVADOR FLORES,        **LOCAL RULE 6-1**
    ISMAEL CORONA, EPIGMENIO
23  LOPEZ, JUAN CORONA, ENRIQUE
    TAMAYO, FRANCISCO SALGADO,
24  SILVERIO TORRES, MARTIN RAMOS
    RAMIREZ, ANGEL SANCHEZ, ERON
25  LOPEZ, EDUARDO VARGAS, JORGE
    SOTO, RIGOBERTO SANCHEZ:, JULIO
26  LOPEZ, JOSE J. GARCIA, PEDRO
    SIERRA, DAMACIO SANCHEZ, JUAN
27  GUERRA, JAIME MARTINEZ JR.,
    ROBERT MONTOYA, MATEO
28  GUZMAN, LAZARO MAYA, JOSE

JOINT STIP. AND [PROPOSED] ORDER
REGARDING RESPONSE TO COMPLAINT

ESTRADA, ANICETO ALMANZA
SANCHEZ, EMILIO  VARGAS, JOSE
ANTONIO ALVAREZ, ANTONIO
RODRIGUEZ, JOSEPH RENEE
RODRIGUEZ, MAURICIO SANCHEZ,
MAURICIO SANCHEZ ARZATE,
MANUEL  RENTERIA, MIGUEL
SUCHIL MENDOZA, and  VICENTE
MARTINEZ, individually and on behalf of
all others similarly situated,

           Plaintiffs,

    v.

JOHN EARL REDFERN, an individual;
J. REDFERN, INC., (dba "GOLDEN
STATE LANDSCAPING"), a California
Corporation; JLS PARTNERS, INC.,
(dba "GSL CONSTRUCTION"), a
California Corporation; and EMPIRE
LANDSCAPE CONSTRUCTION, a
California Corporation,

           Defendants.

Plaintiffs Marcos Vargas, Romualdo Altamirano, Pedro  Ramos, Bulmaro Bazan, Marcos Mandujano, Jose Solis, Luis Pena, Benito Chairez, Figueroa, Fredy  Rocha, Salvador Flores, Ismael Corona, Epigmenio Lopez, Juan Corona, Enrique Tamayo, Francisco Salgado, Silverio Torres, Martin Ramos Ramirez, Angel Sanchez, Eron Lopez, Eduardo Vargas, Jorge Soto, Rigoberto Sanchez, Julio  Lopez, Jose J. Garcia, Pedro Sierra, Damacio Sanchez, Juan Guerra, Jaime Martinez Jr., Robert Montoya, Mateo Guzman, Lazaro Maya, Jose Estrada, Aniceto Almanza Sanchez, Emilio Vargas, Jose Antonio Alvarez, Antonio Rodriguez, Joseph Renee Rodriguez, Mauricio Sanchez, Mauricio Sanchez Arzate, Manuel  Renteria, Miguel  Suchil Mendoza, and  Vicente Martinez, (collectively "Plaintiffs") and Defendants John Earl Redfern, J. Redfern, Inc. (dba Golden State Landscaping), JLS Partners, Inc. (dba GSL Construction), and Empire Landscape Construction (collectively "Defendants") agree and stipulate, through their respective counsel, to the following extension:

    1.    The parties have finalized and signed their settlement agreement.

JOINT  STIP.  AND  [PROPOSED]  ORDER
REGARDING RESPONSE TO COMPLAINT    2.

LITTLER MENDELSON, P.C.
50 W. San Fernando, 15th Floor
San Jose, CA  95113.2303
408.998.4150

1        2.      The state court has set November 14, 2013 as the hearing date for the motion for

2  approval of the related state court class settlement.

3        4.      The settlement of the Plaintiffs' claims in this matter will be contingent upon state

4  court approval of the class settlement.

5        5.      The parties have agreed to continue the deadline for Defendants' responsive pleading

6  to Plaintiff's complaint from October 16, 2013 until January 16, 2014, in order to ensure that the

7  state court settlement is approved before this matter is dismissed.

8        6.      The parties also request that the initial Case Management Conference, which is

9  scheduled for November 8, 2013, be postponed to February 7, 2014.

10      THEREFORE, the parties hereby stipulate and request that this Court order the following:

11       1.      The deadline for Defendants to file their responsive pleading to Plaintiffs' complaint

12  is set for January 16, 2014.

13       2.      The Case Management Conference be scheduled for February 7, 2014 or to a date

14  convenient for the Court.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT  STIP.  AND  [PROPOSED]  ORDER
REGARDING RESPONSE TO COMPLAINT     3.

1    Dated:  October 16, 2013

2
                                                        /s/ Stan Mallison
3                                                       MARCO A. PALAU
                                                        LAW OFFICES OF MALLISON &
4                                                       MARTINEZ
                                                        Attorneys for Plaintiffs
5                                                       MARCOS VARGAS, ROMUALDO
                                                        ALTAMIRANO, PEDRO  RAMOS,
6                                                       BULMARO BAZAN, MARCOS
                                                        MANDUJANO, JOSE: SOLIS, LUIS PENA,
7                                                       BENITO CHAIREZ, FIGUEROA, FREDY
                                                        ROCHA, SALVADOR FLORES, ISMAEL
8                                                       CORONA, EPIGMENIO LOPEZ, JUAN
                                                        CORONA, ENRIQUE TAMAYO,
9                                                       FRANCISCO SALGADO, SILVERIO
                                                        TORRES, MARTIN RAMOS RAMIREZ,
10                                                      ANGEL SANCHEZ, ERON LOPEZ,
                                                        EDUARDO  VARGAS, JORGE SOTO,
11                                                      RIGOBERTO SANCHEZ:, JULIO  LOPEZ,
                                                        JOSE J. GARCIA,  PEDRO SIERRA,
12                                                      DAMACIO SANCHEZ, JUAN GUERRA,
                                                        JAIME MARTINEZ JR., ROBERT
13                                                      MONTOYA, MATEO GUZMAN, LAZARO
                                                        MAYA, JOSE ESTRADA, ANICETO
14                                                      ALMANZA SANCHEZ, EMILIO  VARGAS,
                                                        JOSE ANTONIO ALVAREZ, ANTONIO
15                                                      RODRIGUEZ, JOSEPH RENEE
                                                        RODRIGUEZ, MAURICIO SANCHEZ,
16                                                      MAURICIO SANCHEZ ARZATE, MANUEL
                                                        RENTERIA, MIGUEL  SUCHIL MENDOZA,
17                                                      and  VICENTE MARTINEZ

18   Dated:  October 16, 2013

19
                                                        /s/ Marlene S. Muraco
20                                                      MARLENE S. MURACO
                                                        LITTLER MENDELSON
21                                                      A Professional Corporation
                                                        Attorneys for Defendants
22                                                      JOHN EARL REDFERN, J. REDFERN, INC.,
                                                        dba GOLDEN STATE LANDSCAPING; JLS
23                                                      PARTNERS, INC., dba GSL
                                                        CONSTRUCTION, EMPIRE LANDSCAPE
24                                                      CONSTRUCTION

25

26

27

28

LITTLER MENDELSON. P.C.
50 W. San Fernando, 15th Floor
San Jose, CA  95113.2303
408.998.4150

JOINT  STIP.  AND  [PROPOSED]  ORDER
REGARDING RESPONSE TO COMPLAINT          4.

1   IT IS SO ORDERED:

2

3

4   Dated:   October 21, 2013

5                                                                IT IS SO ORDERED

6                                                        Ho_____
                                                         Uni_____ge

7   Firmwide:123680460.1 059436.1001                                Judge Charles R. Breyer

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON, P.C.
50 W. San Fernando, 15th Floor
San Jose, CA  95113.2303
408.998.4150

JOINT  STIP.  AND  [PROPOSED]  ORDER
REGARDING RESPONSE TO COMPLAINT            5.