1  Stan S. Mallison (SBN 184191)
   Hector R. Martinez (SBN 206336)
2  Marco A. Palau (SBN 242340)
   Joseph D. Sutton (SBN 269951)
3  MALLISON & MARTINEZ
   1939 Harrison Street, Suite 730
4  Oakland, California 94549
   Telephone:     510.832.9999
5  Facsimile:     510.832.1101
   stanm@themmlawfirm.com
6  hectorm@themmlawfirm.com
   mpalau@themmlawfirm.com
7  jsutton@themmlawfirm.com

8  Attorneys for Plaintiffs

9  MARLENE S. MURACO, Bar No. 154240
   mmuraco@littler.com
10 LITTLER MENDELSON, P.C.
   50 W. San Fernando, 15th Floor
11 San Jose, California  95113.2303
   Telephone:     408.998.4150
12 Facsimile:     408.288.5686

13 Attorneys for Defendants,
   JOHN EARL REDFERN, J. REDFERN, INC.,
14 dba GOLDEN STATE LANDSCAPING; JLS
   PARTNERS, INC., dba GSL CONSTRUCTION,
15 EMPIRE LANDSCAPE CONSTRUCTION

16                        UNITED STATES DISTRICT COURT

17                        NORTHERN DISTRICT OF CALIFORNIA

18                              SAN FRANCISCO DIVISION

19

20 MARCOS VARGAS, ROMUALDO              Case No.  C-12-04052-CRB
   ALTAMIRANO, PEDRO RAMOS,
21 BULMARO BAZAN, MARCOS                **JOINT STIPULATION AND ORDER**
   MANDUJANO, JOSE: SOLIS, LUIS         **REGARDING RESPONSIVE PLEADING**
22 PENA, BENITO CHAIREZ, FIGUEROA,      **TO THE COMPLAINT PURSUANT TO**
   FREDY ROCHA, SALVADOR FLORES,        **LOCAL RULE 6-1**
23 ISMAEL CORONA, EPIGMENIO
   LOPEZ, JUAN CORONA, ENRIQUE
24 TAMAYO, FRANCISCO SALGADO,
   SILVERIO TORRES, MARTIN RAMOS
25 RAMIREZ, ANGEL SANCHEZ, ERON
   LOPEZ, EDUARDO VARGAS, JORGE
26 SOTO, RIGOBERTO SANCHEZ:, JULIO
   LOPEZ, JOSE J. GARCIA,  PEDRO
27 SIERRA, DAMACIO SANCHEZ, JUAN
   GUERRA, JAIME MARTINEZ JR.,
28 ROBERT MONTOYA, MATEO
   GUZMAN, LAZARO MAYA, JOSE

JOINT STIP. AND [PROPOSED] ORDER
REGARDING RESPONSE TO COMPLAINT

| | |
|---|---|
| 1 | ESTRADA, ANICETO ALMANZA SANCHEZ, EMILIO VARGAS, JOSE ANTONIO ALVAREZ, ANTONIO RODRIGUEZ, JOSEPH RENEE RODRIGUEZ, MAURICIO SANCHEZ, MAURICIO SANCHEZ ARZATE, MANUEL RENTERIA, MIGUEL SUCHIL MENDOZA, and VICENTE MARTINEZ, individually and on behalf of all others similarly situated, |
| | Plaintiffs, |
| | v. |
| | JOHN EARL REDFERN, an individual; J. REDFERN, INC., (dba "GOLDEN STATE LANDSCAPING"), a California Corporation; JLS PARTNERS, INC., (dba "GSL CONSTRUCTION"), a California Corporation; and EMPIRE LANDSCAPE CONSTRUCTION, a California Corporation, |
| | Defendants. |

Plaintiffs Marcos Vargas, Romualdo Altamirano, Pedro Ramos, Bulmaro Bazan, Marcos Mandujano, Jose Solis, Luis Pena, Benito Chairez, Figueroa, Fredy Rocha, Salvador Flores, Ismael Corona, Epigmenio Lopez, Juan Corona, Enrique Tamayo, Francisco Salgado, Silverio Torres, Martin Ramos Ramirez, Angel Sanchez, Eron Lopez, Eduardo Vargas, Jorge Soto, Rigoberto Sanchez, Julio Lopez, Jose J. Garcia, Pedro Sierra, Damacio Sanchez, Juan Guerra, Jaime Martinez Jr., Robert Montoya, Mateo Guzman, Lazaro Maya, Jose Estrada, Aniceto Almanza Sanchez, Emilio Vargas, Jose Antonio Alvarez, Antonio Rodriguez, Joseph Renee Rodriguez, Mauricio Sanchez, Mauricio Sanchez Arzate, Manuel Renteria, Miguel Suchil Mendoza, and Vicente Martinez, (collectively "Plaintiffs") and Defendants John Earl Redfern, J. Redfern, Inc. (dba Golden State Landscaping), JLS Partners, Inc. (dba GSL Construction), and Empire Landscape Construction (collectively "Defendants") agree and stipulate, through their respective counsel, to the following extension:

1. The parties have finalized and signed their settlement agreement.

JOINT STIP. AND [PROPOSED] ORDER
REGARDING RESPONSE TO COMPLAINT            2.

2. The state court has set November 14, 2013 as the hearing date for the motion for approval of the related state court class settlement.

4. The settlement of the Plaintiffs' claims in this matter will be contingent upon state court approval of the class settlement.

5. The parties have agreed to continue the deadline for Defendants' responsive pleading to Plaintiff's complaint from October 16, 2013 until January 16, 2014, in order to ensure that the state court settlement is approved before this matter is dismissed.

6. The parties also request that the initial Case Management Conference, which is scheduled for November 8, 2013, be postponed to February 7, 2014.

THEREFORE, the parties hereby stipulate and request that this Court order the following:

1. The deadline for Defendants to file their responsive pleading to Plaintiffs' complaint is set for January 16, 2014.

2. The Case Management Conference be scheduled for February 7, 2014 or to a date convenient for the Court.

LITTLER MENDELSON, P.C.
50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150

JOINT STIP. AND [PROPOSED] ORDER
REGARDING RESPONSE TO COMPLAINT        3.

1 | Dated:  October 16, 2013

*/s/ Stan Mallison*
MARCO A. PALAU
LAW OFFICES OF MALLISON & MARTINEZ
Attorneys for Plaintiffs
MARCOS VARGAS, ROMUALDO ALTAMIRANO, PEDRO RAMOS, BULMARO BAZAN, MARCOS MANDUJANO, JOSE: SOLIS, LUIS PENA, BENITO CHAIREZ, FIGUEROA, FREDY ROCHA, SALVADOR FLORES, ISMAEL CORONA, EPIGMENIO LOPEZ, JUAN CORONA, ENRIQUE TAMAYO, FRANCISCO SALGADO, SILVERIO TORRES, MARTIN RAMOS RAMIREZ, ANGEL SANCHEZ, ERON LOPEZ, EDUARDO VARGAS, JORGE SOTO, RIGOBERTO SANCHEZ:, JULIO LOPEZ, JOSE J. GARCIA, PEDRO SIERRA, DAMACIO SANCHEZ, JUAN GUERRA, JAIME MARTINEZ JR., ROBERT MONTOYA, MATEO GUZMAN, LAZARO MAYA, JOSE ESTRADA, ANICETO ALMANZA SANCHEZ, EMILIO VARGAS, JOSE ANTONIO ALVAREZ, ANTONIO RODRIGUEZ, JOSEPH RENEE RODRIGUEZ, MAURICIO SANCHEZ, MAURICIO SANCHEZ ARZATE, MANUEL RENTERIA, MIGUEL SUCHIL MENDOZA, and VICENTE MARTINEZ

Dated:  October 16, 2013

*/s/ Marlene S. Muraco*
MARLENE S. MURACO
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendants
JOHN EARL REDFERN, J. REDFERN, INC., dba GOLDEN STATE LANDSCAPING; JLS PARTNERS, INC., dba GSL CONSTRUCTION, EMPIRE LANDSCAPE CONSTRUCTION

JOINT STIP. AND [PROPOSED] ORDER
REGARDING RESPONSE TO COMPLAINT          4.

1  IT IS SO ORDERED:

4  Dated:   October 21, 2013



7  Firmwide:123680460.1 059436.1001

JOINT STIP. AND [PROPOSED] ORDER
REGARDING RESPONSE TO COMPLAINT                5.