```
 1  STAN S. MALLISON (SBN 184191)
       stanm@themmlawfirm.com
 2  HECTOR R. MARTINEZ (SBN 206336)
       hectorm@themmlawfirm.com
 3  MARCO A. PALAU (SBN 242340)
       mpalau@themmlawfirm.com
 4  JOSEPH D. SUTTON (SBN 269951)
       jsutton@themmlawfirm.com
 5  MALLISON & MARTINEZ
    1939 Harrison Street, Suite 730
 6  Oakland, California  94612-3547
    Telephone:  (510) 832-9999
 7  Facsimile:   (510) 832-1101
    Attorneys for Plaintiffs
 8
    MARLENE S. MURACO, Bar No. 154240
 9  mmuraco@littler.com
    LITTLER MENDELSON, P.C.
10  50 W. San Fernando, 15th Floor
    San Jose, California 95113.2303
11  Telephone: 408.998.4150
    Facsimile: 408.288.5686
12  Attorneys for Defendants,
    JOHN EARL REDFERN, J. REDFERN, INC.,
13  dba GOLDEN STATE LANDSCAPING; JLS
    PARTNERS, INC., dba GSL CONSTRUCTION,
14  EMPIRE LANDSCAPE CONSTRUCTION
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA--SAN FRANCISCO DIVISION

| | |
|---|---|
| MARCOS VARGAS, ROMUALDO ALTAMIRANO, PEDRO RAMOS, BULMARO BAZAN, MARCOS MANDUJANO, JOSE: SOLIS, LUIS PENA, BENITO CHAIREZ, FIGUEROA, FREDY ROCHA, SALVADOR FLORES, ISMAEL CORONA, EPIGMENIO LOPEZ, JUAN CORONA, ENRIQUE TAMAYO, FRANCISCO SALGADO, SILVERIO TORRES, MARTIN RAMOS RAMIREZ, ANGEL SANCHEZ, ERON LOPEZ, EDUARDO VARGAS, JORGE SOTO, RIGOBERTO SANCHEZ, JULIO LOPEZ, JOSE J. GARCIA, PEDRO SIERRA, DAMACIO SANCHEZ, JUAN GUERRA, JAIME MARTINEZ JR., ROBERT MONTOYA, MATEO GUZMAN, LAZARO MAYA, JOSE       ESTRADA, ANICETO ALMANZA SANCHEZ, EMILIO VARGAS, | Case No.:  3:12-cv-04052-CRB<br><br>**JOINT STIPULATION AND ORDER REGARDING CASE MANAGEMENT CONFERENCE AND RESPONSIVE PLEADING TO COMPLAINT** |

1

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING CASE MANAGEMENT CONFERENCE AND
RESPONSIVE PLEADING TO COMPLAINT

JOSE ANTONIO ALVAREZ, ANTONIO RODRIGUEZ, JOSEPH RENEE RODRIGUEZ, MAURICIO SANCHEZ, MAURICIO SANCHEZ ARZATE, MANUEL RENTERIA, MIGUEL SUCHIL MENDOZA, and VICENTE MARTINEZ, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

JOHN EARL REDFERN, an individual; J. REDFERN, INC., (dba "GOLDEN STATE LANDSCAPING"), a California Corporation; JLS PARTNERS, INC., (dba "GSL CONSTRUCTION"), a California Corporation; and EMPIRE LANDSCAPE CONSTRUCTION, a California Corporation,

Defendants.

Plaintiffs Marcos Vargas, Romualdo Altamirano, Pedro Ramos, Bulmaro Bazan, Marcos Mandujano, Jose Solis, Luis Pena, Benito Chairez, Figueroa, Fredy Rocha, Salvador Flores, Ismael Corona, Epigmenio Lopez, Juan Corona, Enrique Tamayo, Francisco Salgado, Silverio Torres, Martin Ramos Ramirez, Angel Sanchez, Eron Lopez, Eduardo Vargas, Jorge Soto, Rigoberto Sanchez, Julio Lopez, Jose J. Garcia, Pedro Sierra, Damacio Sanchez, Juan Guerra, Jaime Martinez Jr., Robert Montoya, Mateo Guzman, Lazaro Maya, Jose Estrada, Aniceto Almanza Sanchez, Emilio Vargas, Jose Antonio Alvarez, Antonio Rodriguez, Joseph Renee Rodriguez, Mauricio Sanchez, Mauricio Sanchez Arzate, Manuel Renteria, Miguel Suchil Mendoza, and Vicente Martinez, (collectively "Plaintiffs") and Defendants John Earl Redfern, J. Redfern, Inc. (dba Golden State Landscaping), JLS Partners, Inc. (dba GSL Construction), and Empire Landscape Construction (collectively "Defendants") agree and stipulate, through their respective counsel, to the following extension:

1. The parties have finalized and signed settlement agreements for both the related state court matter (*Jose Moreno et al v. J. Redfern, Inc. et al*., Alameda Co. Superior Court Case

No. RG08375539) and this matter.

2.     The parties have made request for dismissal in this matter contingent upon the state court granting final approval of the proposed settlement in the *Moreno* action. Per the settlement agreement in this matter, Plaintiffs agree to deliver to counsel for Defendants a fully executed Request for Dismissal within five (5) calendar days of the date on which the Alameda Superior Court grant final approval of the proposed settlement in the *Moreno* matter.

3.     The proposed class action settlement in the *Moreno* matter was granted preliminary approval by Judge Robert Freeman of the Alameda Superior Court on December 20, 2014.

4.     The Final Approval Hearing in the Moreno matter has been set for April 25, 2014.

5.     As such, the parties have agreed to continue the deadline for Defendants' responsive pleading to Plaintiffs' complaint from January 16, 2014 to May 27, 2014.

6.     The parties also request that the initial Case Management Conference in this matter be continued from February 7, 2014 to June 13, 2014.

Dated:  January __, 2014                    */s/ Joseph D. Sutton*

LAW OFFICES OF MALLISON & MARTINEZ

Attorneys for Plaintiffs

Dated:  January __, 2014                    */s/ Marlene Muraco*

LITTLER MENDELSON
A Professional Corporation

Attorneys for Defendants

**1**        **ORDER**

**2**   PURSUANT TO THE STIPULATION OF THE PARTIES AND FOR GOOD CAUSE

**3** APPEARING, THE COURT HEREBY ORDERS:

**4**   1. That the deadline for Defendants' responsive pleading to Plaintiffs' complaint be

**5** continued from January 16, 2014 to May 27, 2014.

**6**   2. That the initial Case Management Conference in this matter be continued from

**7** February 7, 2014 to June 13, 2014.

**8**

**9**   IT IS SO ORDERED.

**10**

**11**   Dated:  January 31, 2014



**12**   The _____

**13**   Unit_____te

**14**

...

**28**