1  PURSUANT TO THE STIPULATION OF THE PARTIES AND FOR GOOD CAUSE APPEARING, THE COURT HEREBY ORDERS:

1. That the deadline for Defendants' responsive pleading to Plaintiffs' complaint be continued from May 27, 2014 to July 31, 2014.

2. That the initial Case Management Conference in this matter be continued from June 13, 2014 to August 15, 2014.

Dated:  June 2, 2014

Firmwide:127185836.1 059436.1001

Hon. Charles R. Breyer
United States



IT IS SO ORDERED
Judge Charles R. Breyer

LITTLER MENDELSON, P.C.
50 W. San Fernando, 15th Floor
San Jose, CA  95113.2303
408.998.4150

JOINT STIP. AND [PROPOSED] ORDER
REGARDING RESPONSE TO COMPLAINT           5.