1  Stan S. Mallison (SBN 184191)
   Hector R. Martinez (SBN 206336)
2  Marco A. Palau (SBN 242340)
   Joseph D. Sutton (SBN 269951)
3  MALLISON & MARTINEZ
   1939 Harrison Street, Suite 730
4  Oakland, California 94549
   Telephone:    510.832.9999
5  Facsimile:    510.832.1101

6  Attorneys for Plaintiffs

7                    UNITED STATES DISTRICT COURT

8         NOTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

9  MARCOS VARGAS, ROMUALDO ALTAMIRANO, PEDRO RAMOS, BULMARO BAZÁN, MARCOS MANDUJANO, JOSÉ SOLÍS, LUIS PEÑA, BENITO CHÁIREZ FIGUEROA, FREDY ROCHA, SALVADOR FLORES, ISMAEL CORONA, EPIGMENIO LÓPEZ, JUAN CORONA, ENRIQUE TAMAYO, FRANCISCO SALGADO, SILVERIO TORRES, MARTÍN RAMOS RAMÍREZ, ÁNGEL SÁNCHEZ, ERÓN LÓPEZ, EDUARDO VARGAS, JORGE SOTO, RIGOBERTO SÁNCHEZ, JULIO LÓPEZ, JOSÉ J. GARCÍA, PEDRO SIÉRRA, DAMACIO SÁNCHEZ, JUAN GUERRA, JAIME MARTÍNEZ JR., ROBERT MONTOYA, MATEO GUZMÁN, LÁZARO MAYA, JOSÉ ESTRADA, ANICETO ALMANZA SÁNCHEZ, EMILIO VARGAS, JOSÉ ANTONIO ÁLVAREZ, ANTONIO RODRÍGUEZ, JOSEPH RENEE RODRIGUEZ, MAURICIO SÁNCHEZ SÁNCHEZ, MAURICIO SÁNCHEZ ARZATE, MANUEL RENTERÍA, MIGUEL SÚCHIL MENDOZA, and VICENTE MARTÍNEZ, individually and on behalf of all others similarly situated,

           Plaintiffs,

     vs.

   JOHN EARL REDFERN, an individual; J. REDFERN, INC. (dba "GOLDEN STATE LANDSCAPING"), a California Corporation; JLS PARTNERS, INC. (dba "GSL CONSTRUCTION"), a California Corporation; and EMPIRE LANDSCAPE CONSTRUCTION, a California Corporation,

           Defendants.

   Case No.  C-12-04052-CRB

   **ORDER RE:**

   **PARTIES STIPULATION OF DISMISSAL WITH PREJUDICE**

---

[PROPOSED] ORDER RE: PARTIES STIPULATION OF DISMISSAL

- 2 -

The Parties having filed a Joint Stipulation of Dismissal, it is hereby ORDERED and ADJUDGED that the above-captioned case is dismissed with prejudice as to the named Plaintiffs, with the exception of Francisco Salgado. Parties to bear their own fees and costs.

**IT IS SO ORDERED.**

DATED: July 1, 2014



Judge Charles R. Breyer
Judge, United States District Court

[PROPOSED] ORDER RE: PARTIES STIPULATION OF DISMISSAL